DIANE M. MCCARTHY, a citizen of the State of New Jersey,

    Plaintiff,

v.

COLLECTCORP CORPORATION, a corporation of the State of Delaware,

    Defendant.

DOCKET NO.: 3:11-cv-03346

## ORDER

**AND NOW**, this ___12___ day of ___July___, 2011, the Court presented with the June 28, 2011 Offer of Judgment issued by Defendant Collectcorp Corporation ("Collectcorp") in the above referenced matter, and the Court presented with Plaintiff's timely-filed July 8, 2011 Notice of Acceptance of Defendant's Rule 68 Offer of Judgment, it is hereby **ORDERED**:

1) A judgment is entered in favor of Plaintiff in the amount of $1500.00 and against Defendant Collectcorp.

2) The parties shall attempt to agree as to Plaintiff's reasonable attorney's fees and costs pursuant to 15 U.S.C. 1692k(a)(3) as accrued through June 28, 2011.

3) If the parties cannot agree as to a reasonable measure of attorney's fees and costs incurred in this action, Plaintiff shall file a fee petition.

4) The Court retains jurisdiction to enforce the judgment entered herein

and decide any fee petition filed in this matter.

*The case shall be closed, subject to attorney fee application, if any.*

7/12/11

_____
Peter M Sheridan
U.S.J.